# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMMETT J. MANN,** | : | |
| Plaintiff | : | Civil Action No. 1:06-CV-1715 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| **JOHN S. BRENNER, DAVE REDSHAW, DON HOYT, ROBERT A. KINSLEY, MATT JACKSON, CITY OF YORK, YORK COLLEGE, REDEVELOPMENT AUTHORITY OF THE CITY OF YORK, STEVEN R. BUFFINGTON, OFFICER WENTZ,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 25th day of July, 2007, **IT IS HEREBY ORDERED THAT** the motion to dismiss Plaintiff's second amended complaint (Doc. No. 39) is **DENIED** as moot.

                                                        S/ Yvette Kane
                                                        Yvette Kane, Chief Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania